UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDREWS,<br><br>Plaintiff,<br><br>v.<br><br>B. MARTINEZ, et al.,<br><br>Defendants. | Case No. 17-cv-04363-YGR (PR)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiff has filed a request for a thirty-day extension of time in which to file his opposition to Defendants' Motion for Summary Judgment. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED in part and DENIED in part. The time in which Plaintiff may file his opposition will not be extended for the requested thirty days, however, the Court finds that only a brief extension is appropriate. While it is true that this is Plaintiff's first request for an extension of time to file his opposition to the pending motion for summary judgment filed by Defendants, the record shows that the Court has granted Plaintiff an extension of time to file his opposition to Defendants' previously-filed motion to dismiss, *see* dkt. 44, and that motion to dismiss has since been denied without prejudice to filing a motion for summary judgment, *see* dkt. 61. The Court further notes that Plaintiff has filed a pending motion for summary judgment, in which he has already addressed many of the issues outlined in Defendants' recently-filed motion for summary judgment. In addition, the parties have benefitted from other extensions in this matter. *See* Dkts. 49, 54, 67. Accordingly, Plaintiff's opposition shall be filed up to and including **fourteen (14) days** from the date of this Order.

Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

**No further extensions of time will be granted to the parties.**

This Order terminates Docket No. 69.

IT IS SO ORDERED.

Dated: September 4, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge