UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDREWS,<br><br>    Plaintiff,<br><br>  v.<br><br>B. MARTINEZ, et al.,<br><br>    Defendants. | Case No. 17-cv-04363-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment; and Denying Plaintiff's Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing by this action. Judgment is hereby entered in favor of the following Defendants who are either at Correctional Training Facility or employed by the California Board of Parole Hearings: Correctional Counselors B. Martinez, G. Walters, and F. Gutierrez; Warden S. Hatton; Correctional Case Records Analyst Supervisor C. Dzioba; Correctional Officer C. Hoyt; Commissioner A. Anderson; Chairperson J. Shaffer; Psychologist C. Carman; and Correctional Case Records Manager P. Melendrez. Parties shall each bear their own costs of action.

Dated: September 27, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge